JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | | |
|---|---|---|
| JENNIFER AMY HOOVER, | ) | Case No. 5:21-cv-00679-JDE |
|     Plaintiff, | ) | |
| vs. | ) | JUDGMENT OF REMAND |
| | ) | |
| KILOLO KIJAKAZI, Acting Commissioner of Social Security, | ) ) ) | |
|     Defendant. | ) ) | |

The Court, having approved the parties' Stipulation to Voluntary Remand Pursuant to Sentence Four of 42 U.S.C. § 405(g) and to Entry of Judgment (Dkt. 26, "Stipulation to Remand"),

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that the above-captioned action is remanded to the Commissioner of Social Security for further proceedings consistent with the Stipulation to Remand.

DATED: January 06, 2022

_____
JOHN D. EARLY
United States Magistrate Judge